

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2021

No. 04-21-00558-CV

**IN RE** Rogelio **LOPEZ**, Jr., Relator

Original Proceeding

**ORDER**

Sitting:    Luz Elena D. Chapa, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

On December 16, 2021, relator filed a petition for writ of mandamus. After considering the petition, the appendix, and the responses from respondent Monica Alcantara and real party in interest Michele Carey Garcia, this court concludes relator has not shown himself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

This court's opinion will issue at a later date.

It is so **ORDERED** on December 17, 2021.

PER CURIAM

.

ATTESTED TO: _____
                MICHAEL A. CRUZ, Clerk of Court